UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL J. JAIMET,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil No. 15-cv-972-JPG
Criminal No. 12-cr-40103-JPG-02

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Michael J. Jaimet's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Michael J. Jaimet, and that this case is dismissed with prejudice.

**DATED: June 7, 2017**      JUSTINE FLANAGAN, Acting Clerk of Court

    **s/Tina Gray. Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**